IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMIE PHILLIPS, as Personal
Representative of the Estate of
Ronald Bell, Deceased,

Plaintiff,

v.

JAMES JOHNSON, *et al.*,

Defendants.

Case No. 23-3229 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 8/12/2024              MONICA A. STUMP, Clerk of Court

                                  **s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**